**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-600 |
| | § § § | |
| EARNEST GIBSON, III, *et al.* | § | |

**O R D E R**

Defendant Earnest Gibson, IV filed an unopposed to deem this case complex and an a motion for continuance, (Docket Entry No 89). The government and co defendants are all unopposed The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. This case is deemed complex. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 1, 2013 |
| Responses are to be filed by: | April 15, 2013 |
| Interim Pretrial Conference is set for: | **February 15, 2013 at 9:00 a.m.** |
| Pretrial conference is reset to**:** | **April 22, 2013 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **April 29, 2013 at 9:00 a.m.** |

SIGNED on November 19, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge