**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-12-600-4 |
| | § | |
| | § | |
| | § | |
| ROBERT FERGUSON | § | |

# O R D E R

Defendant's Unopposed Motion to Travel from November 21 to November 25, 2012, is granted.

SIGNED on November 20, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge