**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-600-2 |
| | § | |
| EARNEST GIBSON IV | § | |

**ORDER DENYING GIBSON'S MOTION TO REQUIRE
RESPONSE ON EXPEDITED BASIS**

Earnest Gibson IV moved for an order requiring the United States to respond to his pretrial motions on an expedited basis. The defendant has not shown a basis for such relief. The motion, (Docket Entry No. 86), is denied.

SIGNED on January 7, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge