# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-600-1 |
| | § § § | |
| EARNEST GIBSON III | § | |

## O R D E R

Attorney Guy Matthews filed a motion to quash a subpoena to testify at a hearing to be conducted by this court on April 15, 2013. (Docket Entry No. 122). The motion is denied. The witness must appear before this court in Houston as subpoenaed.

SIGNED on April 11, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge